JOSEPHINE HUISWARD et al., Respondents, *v.* GOOD HUMOR CORPORATION, Defendant, and WESTCHESTER STREET TRANSPORTATION COMPANY, INC., Appellant.

Submitted January 13, 1947; decided January 16, 1947.

Motion to amend record on appeal denied, with $10 costs and necessary printing disbursements.

In the Matter of the Construction of the Will of HARRY MAYBAUM, Deceased. NATHANIEL KOZINN, as Executor of HARRY MAYBAUM, Deceased, Appellant. MOLLIE G. MAYBAUM et al., Respondents.

Submitted January 13, 1947; decided January 16, 1947.

**Motion to amend record on appeal granted by including therein** a writing directed to appellant's **attorney** authorizing him to prosecute, on behalf of certain legatees and distributees, the appeal taken to the Court of Appeals. [See 296 N. Y. 201.]